UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03083-SB-MBK<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order granting summary judgment entered this date, it is ordered that Plaintiff Alexander Ramirez's claims are dismissed on the merits with prejudice.

　　　This is a final judgment.

Date: December 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1